UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:95-CR-83-T-17TBM |
| ) | |
| GREGORY GREEN. ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 30th day of November, 2006, came the Assistant United States Attorney and the defendant GREGORY GREEN, appeared in person and with counsel AFPD Adam Allen.

It appearing to the Court that the above named defendant, having heretofore been convicted on October 27, 1995, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release; specifically the violations contained in paragraphs 3, 4 and 5 of the Superceding Petition. The Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Amended Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Amended Judgment and Commitment previously entered herein.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:95-CR-83-T-17TBM                              USA vs. Gregory Green

It is further **ORDERED AND ADJUDGED** that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **FOUR (4) MONTHS** with credit for time served, or until the defendant is otherwise discharged as provided as law, to be followed by a term of **SUPERVISED RELEASE** of **EIGHTY-EIGHT (88) MONTHS**. The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service. The Court has no objection to a transfer of Defendant's supervision to the Southern District of Florida in order to provide Defendant with a more stable residential environment.

**Special Conditions of Supervised Release:**

(1)   The defendant shall be placed in a half-way house for **FOUR (4) MONTHS**.

(2)   The defendant shall receive intensive substance abuse counseling.

(3)   The defendant shall receive inter-personal relationship counseling and selection of associates counseling.

(4)   The defendant shall receive vocational training in fields of electricity and masonry.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this _30th_ day of November, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office