Case 8:95-cr-00083-EAK Document 71 Filed 07/25/08 Page 1 of 2 PageID 112
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GREGORY GREEN

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 8:95-CR-83-T-17TBM
USM Number: 18900-018

AFPD David Secular
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) 1, 2, 3, 4 and 5 of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to the probation office within 72 hours of release | April 4, 2007 |
| 2 | New conviction for conduct, Possession of Cocaine | August 17, 2007 |
| 3 | New conviction for conduct, Possession of MDMA (Ecstacy) | August 17, 2007 |
| 4 | New conviction for conduct, Possession of Cannabis | August 17, 2007 |
| 5 | New conviction for conduct, Resisting Officers Without Violence | August 17, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 24, 2008
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

July 25th, 2008
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: GREGORY GREEN
CASE NUMBER: 8:95-CR-83-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-SEVEN (27) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

## RECOMMENDATIONS TO THE UNITED STATES BUREAU OF PRISONS:

(1)   Incarceration at Coleman, FL.
(2)   Mandatory intensive substance abuse counseling for cocaine addiction.
(3)   Encourage opportunity for defendant to complete his college degree.
        Defendant was one semester short of acquiring degree.
(4)   Receive counseling for family and interpersonal relationships.
(5)   Vocational training in electricity and small business administration.


__X__   The defendant is **REMANDED** to the custody of the United States Marshal Service.


### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL